FILED
9/1/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:26-cr-00476 |
| | ) | Judge John J. Tharp, Jr |
| v. | ) | Magistrate Judge M. David Weisman |
| | ) | RANDOM / CAT. 4 |
| VIRGILIO EGUIA NARET | ) | |
| | ) | **INFORMATION** |

**COUNT ONE**

The UNITED STATES ATTORNEY charges:

Beginning no later than in or around September 2024, and continuing through in or around March 2026, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

VIRGILIO EGUIA NARET,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use or the use of another, money of the United States, namely, funds not exceeding $1,000 in Social Security Supplemental Security Income benefits, administered by the Social Security Administration, and intended for A.N., which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

MATTHEW GETTER
Digitally signed by MATTHEW GETTER
Date: 2026.08.28 13:58:00 -05'00'
for ASB

Signed by Matthew Getter, on behalf of the
UNITED STATES ATTORNEY